# Order

Michigan Supreme Court
Lansing, Michigan

October 22, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145238

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

AHMALE LEE HESLEY,
      Defendant-Appellant.

SC: 145238
COA: 305576
Oakland CC: 2007-214182-FC

_____/

      On order of the Court, the application for leave to appeal the April 16, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



s1015

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2012

_____
Clerk